445 A.2d 200

Commonwealth v. Mathis, Appellant.

Submitted September 9, 1981. Stephen H. Serota, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.